Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
24, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed April 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00301 -CV

____________

 

IN RE EDWARD R. NEWSOME, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On April
14, 2008, relator Edward R. Newsome, acting pro se, filed
what we construe to be a petition for writ of mandamus in this court.[1] 
See Tex. Gov=t Code Ann. ' 22.221(b) (Vernon 1988); see also
Tex. R. App. P. 52.  Relator
does not identify the respondent by name or description, and has not specified
from what order(s) he is seeking relief.








Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed, April
24, 2008.

Panel consists of Chief Justice Hedges, and Justices
Fowler and Boyce.

 









            [1]           Relator=s motion is actually titled as one seeking leave to
file a petition for writ of mandamus, with accompanying requests for
prohibition, abatement, clemency, and injunctive relief.  The requirement that
a relator request leave to file a mandamus petition was repealed in 1997.  See
Tex. R. App. P. 52 & cmt.  However, we are to liberally construe the
pleadings of a party acting pro se.  See Barnes v. State, 832 S.W.2d
424, 426-27 (Tex. App.BHouston [1st Dist.] 1992, orig. proceeding).